No. 69219.—Camera Specialty Co., Inc. *v.* United States, protest 62/17822 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise, described on the invoice as "ISCO-MAT 'LM' Fl. 9/50 mm with exposure meter," consists of an interchangeable mounted photographic lens and a detachable light meter, each of which is a separate and distinct article, and that the light meter contains a light sensitive unit which is an essential electrical feature, without which the meter will not operate, the claim of the plaintiff was sustained.